IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Taron Boddie,                                  :
                    Petitioner                 :
                                               :
        v.                                     :  No. 1866 C.D. 2014
                                               :
Workers' Compensation Appeal                   :
Board (Crown Distribution Center),             :
                    Respondent                 :

# **ORDER**

AND NOW, this 1st day of October, 2015, it is hereby ORDERED that the above-captioned opinion filed July 28, 2015, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
MARY HANNAH LEAVITT, Judge